| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05CR20188-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1-05-10096 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| HALEY L. DOSS<br>5 Vine Street<br>P.O. Box 616<br>Maury City, TN  38050 | WESTERN DISTRICT OF LOUISIANA | LAKE CHARLES DIVISION |
| | NAME OF SENTENCING JUDGE<br>The Honorable James D. Kirk | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/25/05    TO 08/24/06 |

OFFENSE

Possession of a Controlled Substance

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF LOUISIANA"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Nov. 3, 2005_
Date

_(signature)_
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Tennessee

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6 December 2005_
Effective Date

_James D. Todd_
United States District Judge



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 1:05-CR-10096 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT